**Order entered June 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00213-CV

### MICHAEL DWAIN WILLIAMS, Appellant

### V.

### LUPE VALDEZ, SHERIFF, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09709**

## ORDER

Before the Court is appellant's June 1, 2018 motion requesting a copy of the supplemental clerk's record filed on May 15, 2018. A second supplemental clerk's record was also filed on June 1, 2018. We **GRANT** appellant's motion as follows. We **DIRECT** the Clerk of this Court to send appellant paper copies of the supplemental clerk's records filed on May 15 and June 1.

/s/     DAVID EVANS
         JUSTICE